**[J-96-2017]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 737 CAP |
| | : | |
| Appellee | : | Appeal from the Order entered on 3/28/17 |
| | : | in the Court of Common Pleas, |
| | : | Cumberland County, Criminal Division, |
| v. | : | dismissing PCRA relief at No. CP-21-CR- |
| | : | 0001499-1994 |
| | : | |
| SEIFULLAH ABDUL-SALAAM, | : | |
| | : | |
| Appellant | : | |

***ORDER***

**PER CURIAM**

AND NOW, this 19th day of December, 2017, the Order of the Court of Common Pleas is AFFIRMED. *See Commonwealth v. Spotz*, 731 CAP, 2017 WL 4655002 (Pa. Oct. 18, 2017).